

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DE LA RIVA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OFFICE LIQUIDATORS, a corporate entity form unknown;<br><br>Defendants | Case No. 8:20-cv-01446-SB-KES<br><br>Assigned For All Purposes to Honorable Stanley Blumenfeld, Jr., Ctrm. 6C<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that in consideration of a negotiated settlement agreement executed by them, including a provision that each party shall bear its own costs and fees, that the entire action is hereby dismissed, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B).

**IT IS SO ORDERED.**

Dated: April 20, 2021



Honorable Stanley Blumenfeld, Jr.
United States District Judge